BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN BOTELLO GUZMAN, ET AL.,<br><br>Defendants. | CASE NO. 2:13-CR-00249-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 3, 2013<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 3, 2013.

2. By this stipulation, defendants now move to continue the status conference until November 14, 2013, and to exclude time between October 3, 2013, and November 14, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes agent reports and descriptions of the evidence against defendants. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to consult with their clients, review

1

the discovery, and assess the possibility of a plea agreement.

        c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 3, 2013 to November 14, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 30, 2013                        BENJAMIN B. WAGNER
                                                          United States Attorney

                                                          /s/ PAUL A. HEMESATH
                                                         PAUL A. HEMESATH
                                                         Assistant United States Attorney

Dated: September 30, 2013                        /s/ DWIGHT M. SAMUEL
                                                        DWIGHT M. SAMUEL
                                                        Counsel for Defendant
                                                        RUBEN BOTELLO GUZMAN,

| | |
|---|---|
| Dated: September 30, 2013 | /s/ MATTHEW C. BOCKMON<br>MATTHEW C. BOCKMON<br>Counsel for Defendant JOSE IVAN ESTRADA |
| Dated: September 30, 2013 | /s/ RONALD JAMES PETERS<br>RONALD JAMES PETERS<br>Counsel for Defendant<br>JORGE MANUEL VARGAS-GARCIA |

**ORDER**

IT IS SO ORDERED.

Dated: October 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT